UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at PIKEVILLE

SAMUEL B. FORD,

    Plaintiff,

V.

HECTOR JOYNER, et al.,

    Defendants.

Civil Action No. 7: 23-034-KKC

**JUDGMENT**

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Consistent with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. Plaintiff's Amended Complaint [R. 7] is **DISMISSED**, without prejudice;

2. This action is **DISMISSED** and **STRICKEN** from the Court's docket; and

3. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This 13th day of October, 2023.



KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY